# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY JOSEPH HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>YRC INC.; YRC WORLDWIDE INC.; YRC FREIGHT; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. 8:17-cv-02197-AG-DFM<br><br>[*Orange County Superior Court, Case No. 30-2017-00955462-CU-OE-CJC*]<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: 11/14/2017 |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal of Action with Prejudice filed by the Parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs. The Court shall maintain jurisdiction for the purposes of enforcing the settlement agreement entered by the parties in this action.

**IT IS SO ORDERED.**

Date: January 9, 2019

_____

Hon. Andrew J. Guilford